

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-12-00196-CV

| | | |
|---|---|---|
| New Hampshire Insurance Company | § | From the 236th District Court |
| v. | § | of Tarrant County (236-213761-05) |
| | § | May 2, 2013 |
| Magellan Reinsurance Company, Ltd. | § | Opinion by Justice Meier |

## JUDGMENT ON REHEARING

Appellant New Hampshire Insurance Company filed a motion for rehearing of our opinion issued February 14, 2013. We deny the motion, withdraw our opinion and judgment dated February 14, 2013, and substitute the following.

This court has again considered the record on appeal in this case and holds that there was no error in the trial court's order. It is ordered that the order of the trial court is affirmed.

It is further ordered that Appellant New Hampshire Insurance Company shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By_____
   Justice Bill Meier